```
Marc J. Randazza, Esq. SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 fax
mjr@randazza.com

Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>A California Corporation<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SWARM OF NOVEMBER 15 and 16, 2010,<br>SHARING HASH FILE<br>AE340D0560129AFEE8D78CE07F2394C7B5B<br>C9C05; AND DOES 1 through 132,<br><br>　　　　Defendants | Case No. 11-CV-880-AJB-POR<br><br>NOTICE OF DISMISSAL OF ACTION AS TO DOE 57 ONLY |

1.　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action as to Defendant Doe 57 only with prejudice.

Dated: June 7, 2011　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/ Marc Randazza
　　　　　　　　　　　　　　　　　　　　Marc J. Randazza, SBN 269535
　　　　　　　　　　　　　　　　　　　　Randazza Legal Group
　　　　　　　　　　　　　　　　　　　　3969 Fourth Avenue, Suite 204
　　　　　　　　　　　　　　　　　　　　San Diego, CA 92103
　　　　　　　　　　　　　　　　　　　　888-667-1113, 305-437-7662 (fax)
　　　　　　　　　　　　　　　　　　　　mjr@randazza.com

1

**Certificate of Service**

I hereby certify that Plaintiff Liberty Media Holdings' the foregoing document was filed electronically using this Court's CM/ECF system on June 7, 2011.  As the identities of Defendants are unknown at this time, Plaintiff is unable to serve any defendant.

Dated: June 7, 2011

Respectfully submitted,

s/ Marc Randazza
Marc J. Randazza, SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113, 305-437-7662 (fax)
mjr@randazza.com