Marc J. Randazza, Esq. CA Bar 269535
Randazza Legal Group
6525 Warm Springs Rd. Suite 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 fax
mjr@randazza.com

Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>A California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>SWARM OF NOVEMBER 15 and 16, 2010, SHARING HASH FILE AE340D0560129AFEE8D78CE07F2394C7B5BC9C05; AND DOES 1 through 132,<br><br>Defendants | Case No. 11-CV-880-AJB-POR<br><br>NOTICE OF DISMISSAL OF ACTION |

1.      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action in its entirety, without prejudice.

Dated: April 5, 2012                    Respectfully submitted,

s/ Marc Randazza
Marc J. Randazza, CA Bar 269535
Randazza Legal Group
6525 Warm Springs Rd. Suite 100
Las Vegas, NV 89118
888-667-1113, 305-437-7662 (fax)
mjr@randazza.com

1

**Certificate of Service**

I hereby certify that Plaintiff Liberty Media Holdings' the foregoing document was filed electronically using this Court's CM/ECF system on April 5, 2012.  As the identities of Defendants are unknown at this time, Plaintiff is unable to serve other defendants.

Dated: April 5, 2012                           Respectfully submitted,

                                                        s/ Marc Randazza
                                                        Marc J. Randazza, CA Bar 269535
                                                        Randazza Legal Group
                                                        6525 Warm Springs Rd. Suite 100
                                                        Las Vegas, NV 89118
                                                        888-667-1113, 305-437-7662 (fax)
                                                        mjr@randazza.com